IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

VICTOR L. CONEY, )
 )
    Plaintiff, )
 )
v. ) CV 317-067
 )
LAURENS COUNTY SHERIFF )
DEPARTMENT; DANIEL LAMPP, Deputy )
Sheriff; STEVEN CADY, Deputy Sheriff; )
SHERRY MANGUM, Deputy Sheriff; )
WILSON BUSH, Deputy Sheriff; and )
DEIDRE BYRD, Investigator, )
 )
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims against Laurens County Sheriff Office, claims for injunctive relief, and official capacity claims against Defendants.

SO ORDERED this 15th day of May, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE