IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| VICTOR L. CONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-067 |
| | ) | |
| DANIEL LAMPP, Deputy Sheriff; | ) | |
| STEVEN CADY, Deputy Sheriff; | ) | |
| SHERRY MANGUM, Deputy Sheriff; | ) | |
| WILSON BUSH, Deputy Sheriff; and | ) | |
| DEIDRE BYRD, Investigator, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

*Pro se* Plaintiff commenced the above-captioned action pursuant to 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. Defendants have filed a motion for judgment on the pleadings and a motion to stay discovery on May 21, 2018. (Doc. nos. 34, 35.)

A motion for judgment on the pleadings is dispositive in nature, meaning that the granting of a motion for judgment on the pleadings results in the dismissal of individual claims or an entire action. Plaintiff must respond to the motion for judgment on the pleadings within fourteen days of service of the motion, and if Plaintiff fails to respond, the motion will be deemed unopposed and granted, resulting in the dismissal of the claims that

are the subject matter of the motion.[1]  See Loc. R. 7.5.  To assure that Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure regarding motions for judgment on the pleadings, the Court **DIRECTS** the **CLERK** of **COURT** to attach a copy of Fed. R. Civ. P. 12 and 41 to Plaintiff's service copy of this Order.

SO ORDERED this 22nd day of May, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff must also respond to the motion to stay discovery within fourteen days of service of that motion.  If Plaintiff fails to respond, the motion to stay will likewise be deemed unopposed.  See Loc. R. 7.5.