IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| VICTOR L. CONEY, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-067 |
| DANIEL LAMPP, Deputy Sheriff; STEVEN CADY, Deputy Sheriff; SHERRY MANGUM, Deputy Sheriff; WILSON BUSH, Deputy Sheriff; and DEIDRE BYRD, Investigator, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions for judgment on the pleadings, (doc. nos. 34, 47), **DISMISSES WITH PREJUDICE** Plaintiff's § 1983 claims for warrantless search and seizure, false arrest, and false imprisonment, **DISMISSES WITHOUT PREJUDICE** any remaining state law claims, and **DISMISSES** Defendants Lampp, Cady, Mangum, Bush, and Byrd from this case. As no Defendants or claims remain, the Court **DISMISSES** this case and **CLOSES** this civil action.

SO ORDERED this _____ day of November, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE