# United States District Court
## Southern District of Georgia

VICTOR L. CONEY,

        Plaintiff,

### JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 317-067

DANIEL LAMPP, Deputy Sheriff; STEVEN CADY, Deputy Sheriff; SHERRY MANGUM, Deputy Sheriff; WILSON BUSH, Deputy Sheriff; and DEIDRE BYRD, Investigator,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 8, 2018 adopting the Report and Recommendation as the opinion of the Court, that Defendants' motions for judgment on the pleadings are granted, Plaintiff's § 1983 claims for warrantless search and seizure, false arrest, and false imprisonment are dismissed with prejudice, any remaining state law claims are dismissed without prejudice, and Defendants Lampp, Cady, Mangum, Bush, and Byrd are dismissed from this case. The court dismisses this case, and this action stands closed.



11/08/2018                     Scott L. Poff
Date                                     Clerk

/s/ Jamie Hodge
(By) Deputy Clerk